IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD G. KIRBY,

      Petitioner,

v.                                                CIV 08-886 MV/CG

JAMES JANECKA, Warden, and
GARY K. KING, Attorney General
for the State of New Mexico,

      Respondents.

## ORDER DENYING MOTION WITHOUT PREJUDICE

      This habeas matter is before Court *sua sponte*. Petitioner's latest motion and notices of address indicate that he has been released from prison. *See Docs. 27, 31, 33.* As such, he filed a motion asking the Court to dismiss Respondent Janecka. *See Doc. 27.* However, the case is presently on appeal to the Tenth Circuit.

      Wherefore,

      **IT IS HEREBY ORDERED** that Petitioner's motion *(Doc. 27)* is denied without prejudice. He may renew the motion, if necessary, pending resolution of the appeal.

_____
UNITED STATES MAGISTRATE JUDGE